IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES KELLY HAYNES                                                               PETITIONER

vs.                              5:08 CV00337 JMM- JTR

LARRY NORRIS, Director,
Arkansas Department of Correction                                                RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED that:

(1)     The Petition for a Writ of Habeas Corpus, under 28 U.S.C. § 2254, be DISMISSED WITH PREJUDICE.

Dated this 11th day of January, 2010.

_____
James M. Moody
United States District Judge