IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES KELLY HAYNES

                                                                PETITIONER

vs.                       5:08 CV00337 JMM- JTR

LARRY NORRIS, Director,
Arkansas Department of Correction                           RESPONDENT

## **JUDGMENT**

Pursuant to the Order entered on this day, Judgment is hereby entered in favor of the Defendant. The Clerk is directed to terminate the case.

IT IS SO ORDERED this 11th day of January 2010.

_____
James M. Moody
United States District Judge