IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES KELLY HAYNES
ADC # 83056                                                          PLAINTIFF

V.                              5:08CV00337 JMM

LARRY NORRIS, Director, Arkansas                                     DEFENDANT
Department of Corrections

## ORDER

Pending is Petitioner's Notice of Appeal which the Court deems an Application for Certificate of Appealability. The Court will consider the motion for certificate of appealability under 22(b) of the Federal Rules of Appellate Procedure and 28 U.S.C. § 2253(c). In order for this Court to grant a certificate of appealability, the petitioner must make a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); *Tiedeman v. Benson*, 122 F.3d 518 (8th Cir. 1997). A "substantial showing" is one in which a petitioner demonstrates that his "issues are debatable among jurists of reason; that a court could resolve the issues [in a different manner]; or that the questions are 'adequate to deserve encouragement to proceed further.'" *Barefoot v. Estelle*, 463 U.S. 880, 893 (1983)(discussing necessary showing under previous law dealing with certificates of probable cause).

In this case, Petitioner has failed to make such a substantial showing of the denial of a constitutional right. Accordingly, the Motion for Certificate of Appealability (Docket # 37) is DENIED.

Plaintiff may file this motion with the Eighth Circuit Court of Appeals.

IT IS SO ORDERED this 20th day of January, 2010.

／s/ James M. Moody
James M. Moody
United States District Judge